UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

MSC – 310 GRANT HOLDCO, LLC,

                                Plaintiff,

      -against-

WILLIAM C. RUDOLPH AND CHARLES S.
PERLOW,

                             Defendants.

------------------------------------------------------------- x

**REMAND ORDER**

24 Civ. 4302 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

In my order dated December 29, 2025, I denied Plaintiff's motion for summary judgment for lack of proof of diversity jurisdiction. ECF No 53. In my order, I explained that Defendants removed this case from state court under 28 U.S.C. § 1441(a) and alleged in their Notice of Removal that diversity jurisdiction under 28 U.S.C. § 1332(a)(1) existed. However, Defendants alleged the citizenship of Plaintiff on information and belief. I ordered Defendants to file proof of sufficient evidence to support diversity jurisdiction by January 26, 2026, else I would remand the case to state court for lack of jurisdiction. Defendants have failed to make such a filing.

Therefore, I hereby hold that the Court lacks jurisdiction over this matter and remand the case to the state court. The Clerk of Court shall remand the case to the Supreme Court of the State of New York, County of New York.

SO ORDERED.

Dated:       March 5, 2026
               New York, New York

                                      ALVIN K. HELLERSTEIN
                                      United States District Judge